```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 03387
   CAROLYN SPEED BERRY
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-0200


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 02/27/2007 and was confirmed 05/10/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 10/30/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
OCWEN FEDERAL BANK         CURRENT MORTG         .00          .00            .00
OCWEN FEDERAL BANK         MORTGAGE ARRE     18720.77         .00        6287.18
AMERICAN GENERAL FINANCE   CURRENT MORTG         .00          .00            .00
AMERICAN GENERAL FINANCE   MORTGAGE ARRE      2775.48         .00         932.11
AT & T WIRELESS            UNSECURED          1934.56         .00            .00
CAPITAL ONE                UNSECURED           621.02         .00            .00
A THOMAS POKELA ATTY AT    UNSECURED          1870.21         .00            .00
SWISS COLONY               UNSECURED           902.89         .00            .00
VERIZON WIRELESS           UNSECURED        NOT FILED         .00            .00
PIERCE & ASSOC             NOTICE ONLY     NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           126.25         .00            .00
MIDNIGHT VELVET            UNSECURED           796.12         .00            .00
ILLINOIS DEPT OF REV       PRIORITY            671.91         .00            .00
ILLINOIS DEPT OF REV       UNSECURED           117.00         .00            .00
FELD & KORRUB LLC          DEBTOR ATTY       2,000.00                    2,000.00
TOM VAUGHN                 TRUSTEE                                         680.71
DEBTOR REFUND              REFUND                                             .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  9,900.00

PRIORITY                                              .00
SECURED                                          7,219.29
UNSECURED                                             .00
ADMINISTRATIVE                                   2,000.00
TRUSTEE COMPENSATION                               680.71
DEBTOR REFUND                                         .00
                        ---------------        ---------------
TOTALS                   9,900.00                9,900.00

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 03387 CAROLYN SPEED BERRY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/27/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |